JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAZAL GROUP, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>YAIR LEVY, et al.,<br><br>    Defendants. | Case No.  CV 19-8470-GW-Ex<br><br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

   Based upon the Request to Dismiss Without Prejudice, filed on March 11, 2020, it is hereby ORDERED that this action is dismissed without prejudice in its entirety.

   IT IS SO ORDERED.

Dated: March 11, 2020

           _George H. Wu_

___          ___

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE